# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * *    *
JAMES KING,                                *
                                           *      No. 13-962V
                       Petitioner,         *      Special Master Christian J. Moran
                                           *
v.                                         *      Filed: June 30, 2014
                                           *
SECRETARY OF HEALTH                        *      Damages; decision based on proffer;
AND HUMAN SERVICES,                        *      influenza ("flu") vaccination;
                                           *      shoulder injury.
                       Respondent.         *
* * * * * * * * * * * * * * * * * * * *    *
```

William E. Cochran , Jr., Black, McLaren, et al., Memphis, TN, for petitioner;
Darryl R. Wishard, United States Department of Justice, Washington, DC, for
respondent.

## UNPUBLISHED DECISION AWARDING DAMAGES[1]

On December 6, 2013, James King filed a petition seeking compensation
under the National Vaccine Injury Compensation Program, 42 U.S.C. §§ 300aa-1
et seq., alleging that influenza ("flu") vaccination caused him to suffer a shoulder
injury. On February 18, 2014, Mr. King was found entitled to compensation under
the Vaccine Act. King v. Sec'y of Health & Human Servs., No. 13-962V, 2014
WL 1004405 (Fed. Cl. Spec. Mstr. Feb. 18, 2014).

On June 26, 2014, respondent filed a Proffer on Award of Compensation, to
which petitioner agrees. Based upon the record as a whole, the special master
finds the proffer reasonable and that petitioner is entitled to an award as stated in
the Proffer. Pursuant to the Proffer, attached hereto as "Appendix A", the court

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17,
2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b),
the parties have 14 days to file a motion proposing redaction of medical information or other
information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special
master will appear in the document posted on the website.

awards petitioner: **A lump sum payment of $125,000.00, in the form of a check payable to petitioner, James King.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.

Any questions may be directed to my law clerk, Mary Holmes, at (202) 357-6353.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____

|  |  |  |
|---|---|---|
| JAMES KING, | ) | |
|  | ) | |
| Petitioner, | ) | No. 13-962V  ECF |
|  | ) | |
| v. | ) | Special Master Moran |
|  | ) | |
| SECRETARY OF HEALTH | ) | |
| AND HUMAN SERVICES, | ) | |
|  | ) | |
| Respondent. | ) | |
| _____ | ) | |

**PROFFER ON AWARD OF COMPENSATION[1]**

**I.      Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded

$125,000.00, which represents all elements of compensation to which petitioner would be

entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

**II.      Form of the Award**

Respondent recommends that the compensation provided to petitioner should be made

through a lump sum payment of $125,000.00, in the form of a check payable to petitioner.

Petitioner agrees.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

---

[1]  This Proffer does not include attorneys' fees and costs, which the parties intend to discuss after the Damages Decision is issued.

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

MICHAEL P. MILMOE
Senior Trial Counsel
Torts Branch, Civil Division

*/s/Darryl R. Wishard*
DARRYL R. WISHARD
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 616-4357
Dated:  June 26, 2014          Fax: (202) 616-4310

2